IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROSA AND RICARDO DELGADO §<br>　　*Plaintiffs,* §<br>§<br>v. §<br>§<br>NATIONWIDE PROPERTY AND §<br>CASUALTY INSURANCE COMPANY and §<br>KEVIN P. MCLOUGHLIN §<br>　　*Defendants.* § | CIVIL ACTION NO. 5:17-cv-00779-OLG |

## NOTICE OF SETTLEMENT

Defendants Nationwide Property and Casualty Insurance Company and Kevin P. McLoughlin ("Defendants") provide notice to the Court that Plaintiffs and Defendants have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendants respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*Signature on following page.*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Lauren L. Burgess
Texas Bar No. 24082751
lburgess@smsm.com
Amber L. Fly
Texas Bar No. 24101761
afly@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**NATIONWIDE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served via CM/ECF on this the 30th day of January, 2018 to:

Matthew Zarghouni
Zar Law Firm
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074

*/s/ Patrick M. Kemp*
Patrick M. Kemp