IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROSA AND RICARDO DELGADO §<br>    *Plaintiffs,* §<br> §<br>v. §<br> §<br>NATIONWIDE PROPERTY AND §<br>CASUALTY INSURANCE COMPANY and §<br>KEVIN P. MCLOUGHLIN §<br>    *Defendants.* § | CIVIL ACTION NO. 5:17-cv-00779-OLG |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Rosa Delgado and Ricardo Delgado ("Plaintiffs") and Defendants Nationwide Property and Casualty Insurance Company. and Kevin P. McLoughlin ("Defendants") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs filed suit against Defendants related to an insurance claim for property damage allegedly caused by a storm which occurred on or about April 12, 2016.

2. Plaintiffs and Defendants have since resolved their differences to their mutual satisfaction.

3. Plaintiffs move to dismiss the entire suit with prejudice. Defendants agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| /s/Matthew Zarghouni | /s/ Patrick M. Kemp |
| Matthew M. Zarghouni | Patrick M. Kemp |
| Texas Bar No. 24086085 | Texas Bar No. 24043751 |
| matt@zar-law.com | pkemp@smsm.com |
| Zar Law Firm | Robert G. Wall |
| 7322 Southwest Fwy, Suite 1965 | Texas Bar No. 24072411 |
| Houston, Texas  77074 | rwall@smsm.com |
| (713) 333-5533 | Lauren L. Burgess |
| (832) 448-9149 – Facsimile | Texas Bar No. 24082751 |
| | lburgess@smsm.com |
| **ATTORNEY FOR PLAINTIFFS** | Amber L. Fly |
| | Texas Bar No. 24101761 |
| | afly@smsm.com |
| | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 5th of  March  , 2018 to:

Matthew M. Zarghouni
Zar Law Firm
7322 Southwest Fwy, Suite 1965
Houston, Texas  77074

/s/ Patrick M. Kemp
Patrick M. Kemp